### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CERTAIN FACEBOOK ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY META | No. 1:24-mj-00091-LEW<br><br>**FILED UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Nicholas Rich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with certain Facebook accounts, information that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., aka Meta, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscribers or customers associated with the accounts identified in Attachment A (the "Target Accounts").

2.      I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been since February of 2008. I am presently assigned to the Bangor, Maine, office and have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c). As a federal agent, I am authorized to investigate violations of

laws of the United States and to execute warrants issued under the authority of the United States. During my employment with DEA, I have participated in numerous investigations relating to the distribution of controlled substances, including cocaine, heroin, fentanyl, methamphetamine, diverted pharmaceuticals, and other substances in violation of the federal anti-drug laws, including Title 21, United States Code, Sections 841 and 846. I have conducted or participated in, among other things, surveillance, the execution of search and arrest warrants, debriefings of informants and confidential sources, and reviews of recorded conversations relating to narcotics trafficking. I have authored drug-related search warrant requests and successfully executed such warrants resulting in the seizure of drugs and other contraband, including firearms. I have also assisted in the execution of numerous drug-related search and arrest warrants. I have received extensive training in the field of narcotics enforcement and investigations. I am very familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs, including the use of the internet, internet platforms, applications, and cellular telephones to facilitate those activities.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested warrant.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of federal law, to include 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b) have been committed by one

or more persons. There is also probable cause to search the information described in

Attachment A for evidence of these crimes, as described in Attachment B.

**PROBABLE CAUSE**

5.      The DEA, together with partner agencies, has been investigating a

Facebook Account identified by the username "Leon Leon" (account number

100079178271142) (hereinafter the "Leon Leon Account") as being involved in the

distribution of illegal controlled substances in the Bangor region. Specifically, the DEA

has developed information that a Boston resident named Alexis De Leon, together with

associates, is using the Leon Leon Account to arrange for the distribution of drugs in

eastern Maine. These individuals are making short trips from Boston to the Bangor

region to distribute drugs and collect drug proceeds from Maine sub-distributors. The

DEA has also developed information that Alexis De Leon has been using a particular

phone number, with service provided by T-Mobile, 917-963-3689 (hereinafter the "3689

number") to communicate with Maine customers and distributors.

*Prior Authority*

6.      On February 2, 2024, the government applied for and received authority

to collect pen register trap and trace ("PRTT") data as to the Leon Leon Account in

Docket No. 1:24-mc-0057-JCN.[1] On February 7, 2024, the DEA applied for and obtained

a search warrant from this Court in 1:24-mj-00031-JCN, to collect certain information

about the Leon Leon Account from Meta. That application and warrant are attached as

_____

[1] That authority also extended to a second Facebook Account operated by Alexis De Leon
(hereinafter the "Alexis De Leon Account"). That second account was in his name and the
account identification photograph for that account was identified as a photograph of Alexis De
Leon.

Exhibit 1 and the factual statements therein—which provide information regarding the identification of the Leon Leon Account and the 3689 number and their use for drug trafficking purposes—are expressly incorporated herein.

7.      On February 7, 2024, the DEA applied for and obtained a search warrant from this Court in 1:24-mj-34-JCN, which authorized the collection of prospective location information as to the 3689 number from T-Mobile. The DEA began collecting location information on that phone on February 15, 2024. The government also obtained authority in 1:24-mc-61-JCN to collect PRTT data as to the 3689 number.[2] On March 7, 2024, the DEA applied for and obtained authority to extend the period of collection as to prospective location information as to the 3689 number. 1:24-mj-00070-JCN. As a result, the DEA has continued to collect that information from T-Mobile.

### Leon DTO Trips to Maine on February 27th and March 2nd

8.      Based on my training and experience and the facts in this investigation, including information gained via the above legal process, I believe that Alexis De Leon and or individuals associated with his drug trafficking organization ("DTO") made trips to Maine on at least February 27, 2024, and March 2, 2024, for the purpose of supplying customers with controlled substances and or collecting proceeds from sales of controlled substances in Maine.

---

[2] On February 16, 2024, the DEA applied for and obtained an additional order in 24-mc-0080-JCN to collect PRTT data from WhatsApp, LLC, as to a WhatsApp account that shared the same phone number as the 3689 number.

9.     Initial phone location data received from T-Mobile as to the 3689 number indicated the 3689 number was generally staying in areas near Boston, Massachusetts. Due to the imprecision of the data provided by T-Mobile, a specific address where the 3689 number was most often located could not be identified. However, it appeared that the phone generally was in the Dorchester neighborhood of Boston.

10.     On February 27, 2024, the location data showed the 3689 number traveled from Massachusetts into Maine. Surveillance teams were dispatched to locate a vehicle associated with the incoming location data as the phone approached the Bangor area. Due to the imprecision of the information provided by T-Mobile, agents were initially not able to definitively locate any specific vehicle that correlated with the "ping" data from T-Mobile. However, based on a combination of surveillance and the location data, I came to believe that a particular vehicle—a red Toyota Highlander bearing Massachusetts plate 2AYE65 —was traveling with the 3689 number. Specifically, after several hours of surveillance as the phone pings were in the Bangor area, that vehicle was identified. As that vehicle appeared to head south and depart the Bangor area in the direction of Massachusetts, the phone pings likewise moved south.

11.     I contacted Maine State Police Trooper Thomas Pappas and provided him with information about the vehicle and its suspected location and route. I requested that he stop the vehicle and attempt to identify its occupants. Trooper Pappas located the vehicle in a posted construction zone and clocked the vehicle as traveling over the posted speed limit for that construction zone. He initiated a traffic stop and issued a warning to the driver. In doing so, he photographed the following identification cards for the female driver and her two male passengers: (1) Driver: Massachusetts Limited

Term Driver's License for Dianet Soto Sanz of Dorchester, Massachusetts; (2) Passenger 1: Expired United States Visa for Ramon Antonio De Leon; (3) Passenger 2: Dominican Republic identification card for Alexis Mariano De Leon. Trooper Pappas did not detect or observe any obvious contraband inside the vehicle but did observe the two male passengers had between them a very large plastic container purporting to be a container for protein powder. He did not otherwise conduct a drug-related investigation and allowed the vehicle to depart a short time after stopping it.

12.     Based upon my review of the photographs from Trooper Pappas, I confirmed that Alexis Mariano De Leon appeared to be the same individual in photographs on the Leon Leon Account and was identified as Alexis De Leon by the Boston Police Department, all as explained in Exhibit 1. Additionally, it appeared to be the same individual identified via photograph as "Leon" by multiple cooperators in this investigation, including CHS1. The pattern of travel for the 3689 number was consistent with what has been reported by multiple individuals during this investigation, i.e. that "Leon" travels to the Bangor area to distribute drugs and/or collect proceeds from sub-distributors.

13.     On March 2, 2024, I observed the location data showed the 3689 number was again traveling from Massachusetts to Maine. Again, the data showed the number made a same-day round trip to the Bangor area, although the data was not precise enough to determine exact stops or locations of the vehicle.

6

14.     On March 5, 2024, I interviewed Jane Doe 4[3] at the Penobscot County Jail in Bangor, Maine. On that date, Doe admitted to purchasing bulk quantities of fentanyl from Massachusetts-based drug traffickers who utilize the Leon Leon Account. Specifically, Doe stated she had purchased fentanyl on approximately five to six separate occasions from the Leon Leon Account over the past three to four months. Doe stated that on March 2, 2024, she coordinated the purchase of 300 grams of fentanyl from the Leon Leon Account. Doe stated she met with one Hispanic female and two Hispanic males at a specific restaurant in Bangor on that date, and purchased approximately 300 grams of fentanyl for $3,000. Doe positively identified Ramon De Leon as one of the two males whom she purchased the 300 grams of fentanyl from on March 2, 2024.

15.     On March 8, 2024, Facebook provided information pursuant to the previously authorized search warrant on the Leon Leon Account, in 1:24-mj-00031-JCN. That information includes communications spanning from September 1, 2023, through February 7, 2024.

*The Target Accounts*

16.     The DEA has analyzed data received pursuant to the process summarized above, such as the PRTT data on several accounts, and has identified several known residents of eastern Maine who were in frequent contact with the Leon Leon Account and/or the 3689 number, via their own phones or Facebook accounts. The DEA has also analyzed toll record information received from T-Mobile via subpoena as to the 3689

---

[3] Jane DOE 4 is currently incarcerated at the Penobscot County Jail on a State of Maine arrest warrant for Failure to Appear.  She has prior a criminal history that includes convictions for Assault.  She is purportedly providing information to law enforcement in exchange for consideration towards a pending Maine State charge of Violation of Conditions of Release.

number and its predecessor number, as explained in Exhibit 1. This allowed the DEA to identify residents of the Bangor region who have been in frequent contact with the Leon DTO over multiple months. The DEA then further analyzed data specific to the timeframe of the February 27th and March 4th trips to Maine described above.[4]

17.     The DEA has also analyzed information received from Facebook as to the Leon Leon Account, such as communications from that account to other Facebook users. Upon review of that information, the Leon Leon Account has had numerous exchanges with Facebook accounts associated with Maine residents that, in my training and experience, involve Maine residents obtaining controlled substances via the Leon Leon Account.

18.     Based on the contacts described below, together with the rest of the facts summarized herein and in Exhibit 1, and my training and experience, I believe there is probable cause that the Target Accounts described below are being used to arrange for the purchase and or distribution of controlled substances and have been so used at least during February and March of 2024.

*Target Account 1: Account 100089902800291 (Account Name "Suave Kay")*

---

[4] During my interviews with sources and investigation into the Leon Leon Account, there has been no indication of another non-drug-related reason for Leon to travel from Massachusetts to the Bangor area or to repeatedly be in contact with the accounts described below. Based upon my training and experience, it is highly unlikely that an individual involved in distributing drugs via same-day trips from the Massachusetts area to eastern Maine would be repeatedly contacting Maine individuals during any such trip for reasons wholly unrelated to the distribution of controlled substances and/or the collection of proceeds from the same. I also know that it is common for those involved in drug trafficking activities to utilize platforms such as Facebook to communicate with customers regarding drug transactions.

19.     Based upon an open-source review of the public information for this Facebook account, including the account user's profile photograph, the user of this account is Brewer resident Kevin Morse. In August of 2023, Jane Doe 1 described purchasing drugs multiple times from the Leon Leon Account and identified additional customers of the Leon Leon Account in the Bangor area (as explained in Exhibit 1). At that time, she identified Kevin Morse as a customer of the Leon Leon Account.

20.     During Leon's February 27th trip, this Facebook account had approximately 68 contacts with the Leon Leon Account. During Leon's March 2nd trip, this Facebook account had approximately 134 contacts with the Leon Leon Account. Outside of those two trips, this account had numerous contacts on other days with the Leon Leon Account over multiple weeks. Based on my training and experience, the facts of this investigation, the timing of those contacts, and the volume of those contacts, I believe Leon was in communication with Morse regarding the distribution of controlled substances during at least the months of February and March of 2024.

21.     Facebook return information as to the Leon Leon Account captured communications with Kevin Morse. For example, on January 29, 2024, the following conversation occurred:

> *Suave Kay:* "Hey bro how are u do u have anything that's really strong yet.  I need the best stuff I can't get anything ppl don't want to come thru me for something they can't get high on."
> *Leon Leon:* "I have a fire, bro"
> *Suave Kay:* "I have 1000, I'm trying to cash check now."
> *Leon Leon:* "All right, let me know that i'll go there tomorrow."
> *Suave Kay:* "I need to see u, do you have purple, I need fire bro."  "Meet me at hotel rm 206."  *(Morse then messaged a Google Maps location)*
> *Leon Leon:* "If you want purple brother, I can bring it to you tomorrow, brother. No, I'm not in Bangor.  Brother, if you want purple I can take it to you tomorrow,

brother. I'm with my daughter on time. Brother, when are you ready with 1,000 to go and take fingers, brother? I have a purple and killer brown."[5]

22.     I know Leon Leon's reference to the term "fire" is a common street term used to described strong or potent fentanyl. I also know Suave Kay's reference to "purple" is used to described purple colored fentanyl.[6]

23.     On March 13, 2024, I interviewed Kevin Morse in the Penobscot County Jail in Bangor, Maine. Morse had been arrested on an unrelated Maine State arrest warrant for failure to appear in court. Morse was Mirandized and admitted to distributing bulk quantities of fentanyl in the Bangor, Maine area over the past year. He identified Alexis De Leon and the Leon Leon Account as his source of supply for fentanyl. He further admitted to receiving approximately 200 grams of fentanyl twice per week over the past approximate one-year period. He further stated that several other Bangor-area residents have been obtaining fentanyl via the Leon Leon Account.

*Target Account 2: 100011323315397 (Account Name "Eddie Gastaldo")*

24.     Based upon an open-source review of the public information for this account, including the user's account profile photograph, the user of this account is Bangor resident Edward Gastaldo. In August of 2023, Jane Doe 1 described purchasing

---

[5] Information obtained from Facebook on the Leon Leon Account will not necessarily capture all necessary evidence as to this or any other Target Account. Content may have been deleted from the Leon Leon Account but not have been deleted from the Target Accounts. Facebook will have additional user attribution data as to the Target Accounts to confirm who was utilizing such accounts. And information about the Target Accounts will help identify customers of the Target Accounts and those account owners' own distribution of substances obtained via Leon.

[6] Sources have reported Leon to be non-fluent in English.

drugs multiple times from the Leon Leon Account (as explained in Exhibit 1). At the time of that interview, Jane Doe 1 had recently been arrested. She was with Edward Gastaldo at the time of that arrest.

25.     During Leon's February 27th trip this Facebook account had approximately 19 contacts with the Leon Leon Account. During Leon's March 2nd trip this Facebook account had approximately 27 contacts with the Leon Leon Account. Outside of those two dates, this account had numerous contacts on other days with the Leon Leon Account. Based on my training and experience, the facts of this investigation, the timing of those contacts, and the volume of those contacts, I believe Leon was in communication with Gastaldo regarding the distribution of controlled substances during at least the months of February and March of 2024.

26.     Review of Facebook data as to the Leon Leon Account shows Edward Gastaldo, using the "Eddie Gastaldo" Facebook profile, communicated with the Leon Leon account between September of 2023 and February 7, 2024 and had numerous exchanges that, in my training and experience and interpretation, involved drug transactions. For example, the accounts messaged as follows on October 11, 2023:

> Leon Leon: "Brother, you have to tell me, brother, I'm 5 minutes away to go see you, brother."
> Gastaldo: (Gastaldo identified his location) "I have 850 for you so 750 is still owed."  (On 10-01-2023, GASTALDO stated, "Bring a full brick of the best you have.")
> Leon Leon: "All right, brother, then I'll take you a brick of 100.  I have to have 2,000."  "Brother, it's a poison, brother, what i have, you'll love it, brother."
> Gastaldo: "Well I'm stuck sitting on a chunk of that.  I can't even move it to anyone it hurts people when they do it.  But I am tight on $ it is tied up with that crap."  "What is it brown purple or white?"
> Leon Leon: "Brown. No bro no good purple.  I have the brown you'll love it brother I have the brown brother. Write to me by my number."

27.     Gastaldo and Leon Leon continued to communicate over Facebook messenger on a regular weekly basis. On January 4, 2024, Leon Leon sent a photo of his CashApp profile and the following:

> Leon Leon: "Brother, send me the money soon, brother, I have to pay for a product."  "Brother you have to have me 1,000 full brother and I'll bring you 5 fingers brother."
> Gastaldo: "I don't have that much can you do have of that for 500 or 3 fingers for 600."
> Leon Leon: "If there is no problem, yes."

28.     On January 31, 2024, Leon Leon messaged Gastaldo, including the following:

> Leon Leon: "Good Morning, try to make sure that all Tuesdays and Fridays area ready because Bangor is hot and I don't want it's always going up so that it's about all Tuesdays oh Fridays it's ready it's 2 days a week that I'll go up."

*Target Account 3: Account 100074648132807 (Account Name "David Ackley")*

29.     Based upon an open-source review of the public information for this account, including the user's account profile photograph, the user of this account is Milford resident David Ackley. MDEA agents have received information from reporting individuals that Ackley is distributing drugs in the Bangor region.  Specifically, On January 30, 2019, MDEA received information that Ackley was selling crack cocaine and heroin from his Old Town, Maine residence.  On August 24, 2021, MDEA received information that Ackley was distributing drugs from 92 Bradley Road, Milford, Maine. On September 12, 2023, MDEA interviewed a source of information, who stated he recently purchased an ounce of heroin from Ackley for $800.00.

30.     During Leon's February 27th trip this Facebook account had approximately 15 contacts with the Leon Leon Account. During Leon's March 2nd trip

this Facebook account had approximately 72 contacts with the Leon Leon Account.

Outside of those two trips, this account had numerous contacts on other days with the

Leon Leon Account. Based on my training and experience, the facts of this investigation,

the timing of those contacts, and the volume of those contacts, I believe Leon was in

communication with Ackley regarding the distribution of controlled substances during

at least the months of February and March of 2024.

31.     My review of information from Facebook as to the Leon Leon Account

shows communications that, in my training and experience and based upon my

interpretation, involve the distribution of controlled substances. For example, on

January 30, 2024, Ackley Facebook messaged as follows:

> Ackley: "Can you be here early Thursday morning by chance?  I'll have your $500
> and you can give me more product."
> Leon Leon: "He has money, brother he owes me a lot of money and I've always
> made a vien."
> Ackley:  "Yes and we definitely appreciate it and I can't go with product.  This
> time around we are going to start paying on the back bill too."

*Target Account 4: 100000627115501 (Account Name "Anthony Merrow")*

32.     Based upon an open-source review of the public information for this

account, including the user's account profile photograph, the user of this account is

Hartland resident Anthony Merrow Jr.  A close relative of Anthony Merrow Jr. spoke to

law enforcement officers and reported that Anthony Merrow Jr. previously purchased

drugs from another Facebook account that used to be active in the Bangor region but is

no longer active.

33.     During Leon's February 27th trip this Facebook account had

approximately 16 contacts with the Leon Leon Account. During Leon's March 2nd trip

this Facebook account had approximately 25 contacts with the Leon Leon Account.

Outside of those two trips, this account had numerous contacts on other days with the

Leon Leon Account. Based on my training and experience, the facts of this investigation,

the timing of those contacts, and the volume of those contacts, I believe Leon was in

communication with Merrow regarding the distribution of controlled substances during

at least the months of February and March of 2024.

34.     Regarding the same information provided by Facebook in response to the

search warrant of the Leon Leon Account, the "Anthony Merrow" Facebook profile

communicated with the Leon Leon Account about—based on my training and

experience and an interpretation of messaging—distribution of controlled substances.

For example, on January 12, 2024, the Leon Leon Account messaged with Merrow as

follows:

> Leon Leon: "Brother, you have to have some money for me, brother, if you want
> the new, this is the one with gasoline."
> Merrow: "I will have money but I also want to give u the old stuff back and trade
> ok."
> Leon Leon: "Brother what I have is better brother what I have is better brother
> and it's gasoline as you like but I need that if you want in truth this that I'm early
> in Bangor."
> Merrow: "Tue. I would still like to come down to boston before tue."

35.     On January 14, 2024, Leon Leon and Merrow continued to Facebook

message and the messaging indicates they completed a drug transaction in Newport.

The conversation continued through February 3, 2024, and included the following

exchanges:

> Leon Leon: "I'll be in Bangor at 12 brother."
> Merrow: "I want 100 grams ok brother.  I will b ur 1st guy of the day meet me at
> happy china buffet.  How about I give u 1000 for 100 g because of last time not
> good ok bro."
> Merrow: "Hey r u still down here I got 2000 want 100."

14

Leon Leon: "Ok bro tomorrow redes." "Brother, i'll be early tomorrow, brother, in Bangor, brother, I'll be early."
Merrow: "How early bro.  I need purple bro can u do that."
Leon Leon: "Brother I have the best but brown the purple is not good brother the one I have but the brown is fire."
Merrow: "Hey brother can u meet me at newport mcdonald's."

*Target Account 5: Account 100081789900441 (Account Name "Donald Simmons")*

36.      Based upon an open-source review of the public information for this account, including the user's account profile photograph, the user of this account is Bangor resident Donald Simmons.

37.      During Leon's February 27th trip this Facebook account had approximately 15 contacts with the Leon Leon Account. During Leon's March 2nd trip this Facebook account had approximately 46 contacts with the Leon Leon Account.

38.      Donald Simmons is in a relationship with Jane Doe 4. She described that Simmons was also involved in arranging their purchase of fentanyl from the Leon Leon Account on March 2, 2024, which is corroborated by the fact that this account had approximately 46 contacts with the Leon Leon Account during that trip. Outside of those two trips, this account had numerous contacts on other days with the Leon Leon Account.

39.      As explained above, on March 13, 2024, I interviewed Kevin Morse, an admitted customer of the Leon Leon Account.  Morse explained that he had received drugs via the Leon Leon Account on March 9, 2024. He explained that he communicated with the Leon Leon Account to arrange this transaction, but that another individual (not Alexis De Leon) actually showed up with the drugs. This statement was consistent with other data received as to this investigation. For example, the "ping" data

for the phone believed to be used by De Leon did not travel to Maine on March 9, 2024. But the PRTT data from De Leon's phone and the Leon Leon Account showed significant activity that day with suspected Maine customers.  On March 9, 2024 (the day of this reported Leon DTO trip to Maine) the Donald Simmons Facebook account had approximately 23 additional Facebook Contacts with the Leon Leon Account. In light of Morse's statement, I believe these contacts were in regards to a March 9, 2024 re-supply coordinated by De Leon.[7]

40.     Based on my training and experience, the facts of this investigation, the timing of those contacts, and the volume of those contacts, I believe Leon was in communication with Simmons regarding the distribution of controlled substances during at least the months of February and March of 2024.

*Target Account 6: Account 100044671533775 (Account Name "Scott Desjardin")*

41.     Based upon an open-source review of the public information for this account, including the user's account profile photograph, the user of this account is Scott Desjardin of Franklin.

42.     During Leon's February 27th trip to the Bangor region, Desjardin's account number 100044671533775 had approximately 17 contacts with the Leon Leon Account. During Leon's March 2nd trip to the Bangor region, that same account had

---

[7] The data from Facebook as to the Leon Leon Account did not include any communications with this Donald Simmons account. However, the Facebook data only extended to February 7, 2024. Thus, any contacts following that date were not captured. Simmons may have begun contacting Leon via Facebook shortly after February 7th. Leon may also have deleted information as to prior communications.

approximately 8 contacts with the Leon Leon Account. Additionally, data from other days shows that, besides those two trips, Desjardin had numerous contacts on other days with the Leon Leon Account.[8]

43.    Regarding the same information provided by Facebook in response to the search warrant of the Leon Leon Account, Scott Desjardin, using Facebook profile ID: 1000444671533775, communicated with the Leon Leon Account about—in my training and experience and an interpretation of the messaging—drug distribution. For example, on February 1, 2024, they had the following exchange:

> Desjardin: "Bro Readdy tomorrow."
> Leon Leon: "he wants me to take you for tomorrow only five fingers brother."
> Desjardin: "How much do I need for the brown"
> Leon Leon: "$5,000 bro, how much finger do you want, brother has 2,000 brother?"  "Brother for early Monday I'll be there in Bangor because I'll have my daughter this week for Monday I can see you."
> Desjardin: "good."
> Leon Leon: "Yes, because tomorrow I'll take you to give you 1,000 and on Monday I'll take you to measure 5,000 to give you half a kilo."
> Desjardin: "U said Monday half a kilo and then u throw this at me and I didn't want it I want all of it at once.  The less we see each other, the better off we are."  "And talking on Facebook is dumb."  "We need to go to signal"

44.    The conversation between Desjardin and the Leon Leon Account continued on February 3, 2024:

> Desjardin: "The same guy u met, I'm sending my boy will be on the 4-wheeler."
> Leon Leon: "10 Minutes"
> Desjardin: "On the hill.  I will be on the 4-wheeler looking."  "we talk on Signal for now on.  Erase everything."

---

[8] I believe Desjardins has at least two additional Facebook Accounts that are in less frequent contact with the Leon Leon Account. Based on my training and experience, it is common for individuals involved in using online accounts for illicit purposes to use multiple accounts in an attempt to confuse law enforcement and/or maintain a "clean" account that is not used for illicit purposes. The other two accounts are not sought at this time.

17

45.     Desjardin and De Leon's conversation continued on February 5, 2024:

Desjardin: "ten4 bro I want the same stuff as last time that is good."
Leon Leon: "He wants me to take you 10 fingers and he will have me 2,000 brother.  Yes, brother, it's the same, brother."
Desjardin: "Let's switch to Signal."[9]
Leon Leon: "Brother, there are 3,000 brother."
Desjardin: "Is that a half kilo."
Leon Leon: "Oh, there's only 150 grams, but if you want the half, it's 5,000, 500 grams."

*Target Account 7: Account* 100033525200384 *(Account Name "Benjamin Deane")*

46.     Based upon an open-source review of the public information for this account, including the user's account profile photograph, the user of this account is Bangor resident Benjamin Deane.  In October of 2023, CHS1 described a Bangor, Maine based drug trafficker known only by the nickname "def Ben", which I know to be Benjamin Deane.  CHS1 stated Deane is a local source of supply for fentanyl, and is known to travel around Bangor on a motorized scooter while he distributes drugs.  On February 5, 2024, MDEA received an anonymous tip through an internet based "tip 411" email account identifying Deane as a Bangor based drug trafficker.  The tip described Deane as a source for fentanyl who recently engaged in a drug-related assault in Bangor.  The tip also identified Deane's address in Bangor, as well as his phone number a number ending in 8820.

---

[9] I noted this and other examples of Desjardin apparently encouraging Leon to switch from Facebook to using the Signal platform, and different messaging platform. It appears from this example and other communications that Leon repeatedly ignored that request and the two continued utilizing Facebook.

47.     On March 9, 2024, Deane was arrested by the Brewer Police Department and charged with simple possession of drugs after officers discovered approximately 1.9 grams of fentanyl in Deane's possession during a traffic stop.

48.     In November of 2023, I know De Leon was using a prior phone number of 857-693-4573.  Between November 25, 2023 through November 27, 2023, De Leon's phone number, 857-693-4573, had 14 contacts with Deane's phone number ending in 8820. On January 25, 2024, De Leon activated a new T-Mobile cellular phone, identified as 917-963-3689 (the 3689 number).  On February 6, 2024, De Leon's new phone number had 4 contacts with Deane's phone number.

49.     Regarding the same information provided by Facebook in response to the search warrant of the Leon Leon Account, Benjamin Deane, using the "Benjamin Deane" Facebook profile, communicated with the Leon Leon Account in January and February of 2024.  Beginning on January 16, 2024, the Leon Leon Account messaged with Deane regarding—based on my training and experience and interpretation of the messaging— the sale of fentanyl.  The conversation included the following messaging spanning from the end of January 2024 into the first week of February:

> Leon Leon: "Brother, who are you doing business with?  I have brown and white fingers at 100 dollars, brother."
> ....
>
> Deane: "Yoooooo. This is animal.  I'm back in town boss."

50.     Deane then sent several photographs through Facebook messenger.  The photographs included pictures of several vehicles as well as one of Deane holding a large quantity of U.S. currency to his head.  Deane also sent three photographs of a Sig Sauer handgun, serial number U627478.  The conversation continued:

De Leon: "Ufff.  For Me?"
Deane: "yea boss.  Im back."  "Need real good brown homie."
De Leon: "Tell me how much brown finger you want to take it to you tomorrow, brother.  I have 2 colors Brother the brown is super fire."

51.     Deane responded by identifying his 8820 phone number, then sending a google maps location for a motel in Bangor, ME.

52.     Based upon a review of PRTT data from Facebook, it appears that the Leon Leon Account did not have contact with this target account on February 27, 2024, or March 2, 2024 specifically. However, between February 2, 2024, and March 18, 2024, this account had approximately 54 contacts with the Leon Leon Account. This included communications in the days following Leon's March 2nd trip.

*Facebook Preservation Request*

53.     On March 13, 2024, DEA issued a preservation request to Meta/Facebook for the Target Accounts identified above for the prior six-month period.

**FACEBOOK**

54.     As with the rest of Exhibit 1, I expressly adopt and incorporate the information previously submitted to the Court regarding Facebook and Meta.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

55.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

20

## CONCLUSION

56.     Based on the foregoing, I request that the Court issue the proposed search warrant.

57.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

58.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Respectfully submitted,

Nicholas Rich
Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date:   Mar 25 2024

City and state:   Bangor, Maine

Judge's signature

Lance Walker, Chief U.S. District Judge
Printed name and title

21